# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| | ) **C.A. NO. 1:18-cv-1264** |
|    v. | ) |
| | ) |
| **MBS DIRECT LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

                                                                STAMOULIS & WEINBLATT LLC

                                                                 /s/ Stamatios Stamoulis
                                                                 Stamatios Stamoulis (Del. Bar No. 4606)
                                                                 Stamoulis & Weinblatt LLC
                                                                Two Fox Point Centre
                                                                6 Denny Road, Suite 307
                                                                Wilmington, DE 19809
                                                                (302) 999-1540
                                                               stamoulis@swdelaw.com

                                                               *Attorney for Symbology Innovations LLC*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2019.

                                                                 _____
                                                                 United States District Court Judge